IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LARRY CRIM, )
)
    Plaintiff, )
) NO. 3:19-cv-00284
v. ) JUDGE RICHARDSON
)
SCOTT GOLDEN, et al., )
)
    Defendants. )

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 96), to which no Objections have been filed.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985)); *Hart v. Bee Property Mgmt.*, Case No. 18-cv-11851, 2019 WL 1242372, at *1 (E.D. Mich. March 18, 2019) The district court is not required to review, under a *de novo* or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, Case No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, for the reasons stated in the Report and Recommendation, the Court construes Plaintiff's Notice of Voluntary Dismissal (Doc. No. 79) as a motion for voluntary dismissal

pursuant to Fed. R. Civ. P. 41(a)(2) and, so construed, that motion is **GRANTED**. Plaintiff's claims against Defendant Garrett are **DISMISSED WITHOUT PREJUDICE.** Defendant Garrett's Motion to Dismiss (Doc. No. 81) is **DENIED** and, in light of these rulings, Defendant Garrett's Motion to Dismiss (Doc. No. 49) is **DENIED** as moot.

All claims against all Defendants have now been dismissed, and the Clerk is directed to close the file. This Order shall constitute a final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE